

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of William Richard Johnson, III and Ruth Elizabeth Johnson and In the Interest of J.K.J., C.D.W.J., IV and F.J., Children

No. 06-13-00122-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 81576). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JANUARY 23, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk